UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424227), ET AL.

CIVIL ACTION

VERSUS

NO. 16-400-JWD-RLB

MICHAEL VAUGHN, ET AL.

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report issued September 27, 2017, (Doc. 54), and to which no objection was filed:

**IT IS ORDERED** that defendant Richardson's Motion to Dismiss (R. Doc. 39), is granted, dismissing all of plaintiff Brandon Lavergne's claims asserted against defendant Richardson.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on October 12, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA