UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON S. LAVERGNE (#424227), ET AL.

CIVIL ACTION

VERSUS

NO. 16-400-JWD-RLB

MICHAEL VAUGHN, ET AL.

### AMENDED OPINION

An objection to the Magistrate Judge's report and recommendation was received after the Court issued its opinion adopting Magistrate Judge's report, (Doc. 57). The Court has considered the objection filed by the Plaintiff, (Doc. 58) and finds that the objection is without merit. Therefore, the objection is overruled.

**IT IS ORDERED** that defendant Richardson's Motion to Dismiss (R. Doc. 39), is granted, dismissing all of plaintiff Brandon Lavergne's claims asserted against defendant Richardson.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on October 23, 2017.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA