## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BRANDON S. LAVERGNE (#424227), ET AL.**     **CIVIL ACTION**

**VERSUS**

**MICHAEL VAUGHN, ET AL.**     **NO. 16-400-JWD-RLB**

### RULING

Before the Court is the plaintiff's Objection to Ruling and Motion to Reconsider (R. Doc. 93), wherein the plaintiff request that this Court reconsider its Ruling (R. Doc. 90) denying his Motion for Injunction (R. Doc. 81). The plaintiff asserts that he needs to contact the Sunbelt Christian Youth Ranch for discovery purposes. An injunction will not assist the plaintiff in obtaining discovery from this third party, which is properly obtained by way of a subpoena which the plaintiff has not requested. *See* Federal Rule of Civil Procedure 45. Accordingly,

**IT IS ORDERED** that the plaintiff's Objection (R. Doc. 93) is **OVERRULED**.

Signed in Baton Rouge, Louisiana, on February 14, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**