UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**BRANDON S. LAVERGNE (#424227), ET AL.**

**VERSUS**

**MICHAEL VAUGHN, ET AL.**

**CIVIL ACTION**

**NO. 16-400-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 21, 2019, to which an opposition was filed (Doc. 111);

**IT IS ORDERED** that the Motion for Summary Judgment of defendants Michael Vaughn and Bruce Dodd (R. Doc. 78), is granted, dismissing the plaintiffs' claims asserted against them, with prejudice.

**IT IS FURHTER ORDERED** that the plaintiff's "Counter Motion for Summary Judgment" (R. Doc. 102) is denied, and the pending Motions in Limine (R. Docs. 75, 76) and Motion for Summons (R. Doc. 104) are denied as moot, and that this action shall be dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 3, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**